**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:  In the Interest of K.N.D., a Child

Appellate case number:  01-12-00584-CV

Trial court case number:  1103002J

Trial court:  314th District Court of Harris County

On January 18, 2012, the Department of Family and Protective Services filed a motion for rehearing and motion for en banc reconsideration. The Court requests a response to the motion. The response is **due Friday, February 1, 2013**.

It is so ORDERED.

Judge's signature:  /s/ Michael Massengale
                    Acting for the Court

Panel consists of Justices Keyes, Massengale, and Brown

Date: January 24, 2013